ACCEPTED
06-15-00049-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/29/2015 4:53:13 PM
DEBBIE AUTREY
CLERK

NO. 06-15-00049-CV

IN THE COURT OF APPEALS
FOR THE SIXTH DISTRICT OF TEXAS
TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/29/2015 4:53:13 PM
DEBBIE AUTREY
Clerk

CRISTINA MARENTE individually and as representative of the
ESTATE OF CHRISTIAN MARENTE, Deceased,
*Appellants*
v.
EUNICE ASHA, and EPIC HEALTH SERVICES, INC.
*Appellees*

MOTION FOR EXTENSION IN TIME TO FILE BRIEF FOR APPELLANTS

COMES NOW CRISTINA MARENTE individually and as representative of the

ESTATE OF CHRISTIAN MARENTE, Deceased, Appellants, and files this Motion for

Extension in Time to File Brief for Appellants and shows this Court as follows:

Brief for Appellants was due on September 25, 2015. Counsel for Appellants mistakenly

docketed the due date as October 21, 2015 as the due date for the Reporter's Record. Because no

Reporter's Record was ordered the due date was 30 days after the Clerk's Record was filed.

Appellants' request an until October 14, 2015.

Respectfully submitted;

*/s/ Douglas T. Floyd*
Douglas T. Floyd
Attorney for Appellants
3336 Therondunn Dr.
Plano, Texas 75023
214-704-7081
469-519-9488 FAX
T.B.N. 07181700
lawyerfloyd@aol.com

MOTION FOR EXTENSION IN TIME TO FILE BRIEF FOR APPELLANTS
SOLO PAGE